37985-177

# United States District Court
## Northern District of Texas

2014 OC -2 AM 9: 25

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY: _____
DEPUTY

UNITED STATES OF AMERICA

V.

EDUARDO XAVIER TORRES

CASE NUMBER: 6:10-CR-009-C(02)

DR14-10280M01

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

Eduardo Xavier Torres

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| United States District Court for Northern District of Texas | 08/20/2010 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

United States Magistrate Judge E. Scott Frost, San Angelo, Texas

_Karen Mitchell_                    _Dara A. Schwartz_        9/15/14
Karen Mitchell, U.S. District Court Clerk        (By) Deputy Clerk                Date

---

## RETURN

Warrant received and executed.

Date Received: 10-2-14

Date Executed: 10-2-14

Executing Agency (Name and Address)

USMS DEL RIO 111 E BROADWAY, DEL RIO, TX

Name: DUSM KOREY REICHERT (By) _____ Date: 10-2-14

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF TEXAS

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 SEP 15 AM 7: 55

## Petition for Offender Under Supervision

DEPUTY_____

Name of Offender: Eduardo Xavier Torres        Case No.: 6:10-CR-009-C(02)

Name of Sentencing Judicial Officer: U.S. District Judge Sam R. Cummings

Date of Original Sentence: August 20, 2010

Original Offense: Possession With Intent to Distribute 50 Kilograms or More of Marijuana and Aiding and Abetting, 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2

Original Sentence: 57 months custody, 36-month term of supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: July 29, 2014

Assistant U.S. Attorney: Jeffrey R. Haag        Defense Attorney: Jeff T. Robnett
(Court appointed)

## Petitioning the Court for Action for Cause as Follows:

To issue a violator's warrant.

The probation officer believes that the offender violated the following conditions:

### I.

**Violation of Mandatory Condition:**

The defendant shall not illegally possess a controlled substance.

**Violation of Standard Condition No. 7:**

The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Violation of Special Condition No. 1:**

The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25 per month.

Eduardo Xavier Torres
Petition for Offender Under Supervision

## Nature of Noncompliance

Eduardo Xavier Torres (Torres) violated these conditions of supervised release by using and possessing methamphetamine and marijuana, illegal controlled substances, in or about August 2014. On August 4, 2014, Torres submitted a urine specimen to Senior U.S. Probation Officer Paul C. Grover, San Angelo, Texas, which tested positive for methamphetamine. On August 18, 2014, Torres submitted a urine specimen at Cantu Counseling Services, San Angelo, Texas, that tested positive for methamphetamine and marijuana. On Septebmer 8, 2014, Torres admitted and acknowledged, verbally and in writing, to Senior USPO Grover that he had used methamphetamine on August 3, 2014, and methamphetamine and marijuana on or about August 17, 2014.

Furthermore, Torres violated Special Condition No. 1 of his supervised release when he failed to appear at Cantu Counseling Services, Big Spring, Texas, to provide a urine specimen, on August 27, 2014.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on September 10, 2014                            Approved,

s/ Paul C. Grover                                         s/ Don W. Kretschmer
   Senior U.S. Probation Officer                             Supervising U.S. Probation Officer
   San Angelo, Texas                                         325-486-4071
   325-486-4070
   Fax: 325-655-9051

---

**Order of the Court:**

☐ No Action

☒ The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record until arrest effectuated.

☐ The Issuance of a Summons

☐ Other or Additional:

☐ File under seal until further order of the Court.

Sam R. Cummings
U.S. District Judge

9-15-14
Date

PCG/stg

TxnProPetition12C (Revised 7/11/13)                                                    Page 2 of 2